# SCHEDULE A

Schedule A

Columns

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Cause of Action | Plaintiff | Musical Composition | Writers | Date of Publication | Certificate of Registration Number | Date of Known Infringement |
| 1. | WB MUSIC CORP. | GONNA MAKE YOU SWEAT | Robert Clivilles<br><br>Frederick B. Williams | December 18, 1990 | PA 520-228 | October 10, 2017 |
| 2. | HULEX MUSIC | I WANT A NEW DRUG | Chris Hayes<br><br>Hugh Cregg (p/k/a Huey Lewis) | September 15, 1983 | PA 210-771 | October 10, 2017 |
| 3. | UNIVERSAL MUSIC CORPORATION<br><br>MEEENGYA MUSIC | MOON BABY | Salvatore P. Erna (p/k/a Sully) | August 25, 1998 | PA 940-215 | October 10, 2017 |
| 4. | BMG RIGHTS MANAGEMENT (US) L.L.C. dba BMG GOLD SONGS<br><br>TONY FADD BEATS | TRAP QUEEN | Anton Matsulevich (p/k/a Tony Fadd)<br><br>Willie Maxwell | December 15, 2014 | PA 1-965-978 | October 10, 2017 |