IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISON

| | |
|---|---|
| WB MUSIC CORP., HULEX MUSIC, UNIVERSAL MUSIC CORPORATION, MEEENGYA MUSIC, BMG RIGHTS MANAGEMENT (US) L.L.C. dba BMG GOLD SONGS, and TONY FADD BEATS, <br><br> Plaintiffs, <br><br> vs. <br><br> JBCM HOLDINGS, L.L.C., JOHN BAILEY, AND CLIFFORD MCGEHEE, <br><br> Defendants. | Civil Action No.:2:18-cv-00417-DCN <br><br> **ACCEPTANCE OF SERVICE** |

The undersigned, Paul Doolittle of Jekel-Doolittle, LLC, hereby accepts service of the Summons, Complaint, and Plaintiffs' Responses to Local Rule 26.01 Interrogatories in the above-styled case on behalf of Defendants, and hereby represents that he has authority to do so, on the date and at the place set forth below, has retained copies of such pleadings, and acknowledges sufficient service of process of such pleadings.

_____
Paul Doolittle
Jekel-Doolittle, LLC
Post Office Box 2579
Mount Pleasant, SC 29464
(843) 834-4712
Paul@J-DLaw.com

March 1, 2018